**LEWIS BRISBOIS BISGAARD & SMITH LLP**
FLORENCE A. McCLAIN, SB# 203300
  E-Mail: Florence.McClain@lewisbrisbois.com
DEBORAH A. SMITH, SB# 227169
  E-Mail: Deborah.Smith@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE E. VILLINES and CHRISTINE B. VILLINES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ABB, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:25-CV-02845-EMC<br><br>**DEFENDANT UNION CARBIDE CORPORATION'S CERTIFICATE OF INTERESTED PARTIES** |

　　　　Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Local Civil Rule 3-15, the undersigned, counsel of record for Defendant Union Carbide Corporation, certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial or pecuniary interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

/ / /

1  Defendant Union Carbide Corporation is a wholly owned subsidiary of The
2 Dow Chemical Company, which is a wholly owned subsidiary of Dow Inc. No
3 publicly-held company owns more than 10% of the stock of Dow Inc.

DATED: April 4, 2025              LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
DEBORAH A. SMITH
Attorneys for Defendant UNION
CARBIDE CORPORATION

## CERTIFICATION OF SERVICE

The undersigned counsel for defendant UNION CARBIDE CORPORATION hereby certifies that a true and correct copy of the foregoing document was filed with the court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on this 4th day of April, 2025.

By _____
Deborah A. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP

**FEDERAL COURT PROOF OF SERVICE**
*Wayne and Christine Villines v. ABB, Inc., et al.*
USDC Northern District Case No. 3:25-CV-02845-EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105.

On April 4, 2025, I served true copies of the following document(s): **DEFENDANT UNION CARBIDE CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

*All Counsel of Record on CM/ECF System*

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2025, at San Francisco, California.

Juvily P. Catig

